IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT MCMILLEN                                                                                 PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:04CV525 DPJ-JCS

VALERIE BUIE, ET AL.                                                                          DEFENDANTS

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed without prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of December, 2006.

                                                     s/ *Daniel P. Jordan III*
                                                   UNITED STATES DISTRICT JUDGE